FILED

JUN 3 0 2005
CO-386-online
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| WASHINGTON LEGAL FOUNDATION | ) ) ) ) | CASE NUMBER 1:05CV01316 |
| vs  Plaintiff | ) ) ) | Civil Action No. ___ JUDGE: Ricardo M. Urbina |
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) | DECK TYPE: FOIA/Privacy Act DATE STAMP: 06/30/2005 |
| Defendant | ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **PLAINTIFF** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **WASHINGTON LEGAL FOUNDATION** which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

**PAUL D. KAMENAR**
Print Name

**2009 MASSACHUSETTS AVE., NW**
Address

**WASHINGTON, DC     20036**
City             State        Zip Code

**202-588-0302**
Phone Number

914200
BAR IDENTIFICATION NO.