UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SECURITIES AND EXCHANGE )<br>COMMISSION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1316 (RMU) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C. 20530
(202) 514-7238

Dated: July 21, 2005