Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263
*Attorney for Defendant U.S. SEC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WASHINGTON LEGAL FOUNDATION | ) | |
| | ) | Civil Action No. 05-1316 (RMU) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearances of Thomas J. Karr and Noelle Frangipane of the United States Securities and Exchange Commission as counsels for defendant in the above-captioned case.

                Respectfully submitted,

                */s/ Thomas J. Karr*
                */s/ Noelle Frangipane*
                Thomas J. Karr
                Noelle Frangipane
                U.S. Securities and Exchange Commission
                100 First St., NE
                Washington, DC 20549-9612
                Tel: 202-551-5142

July 27, 2005               FrangipaneN@sec.gov