Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263
*Attorneys for Defendant U.S. SEC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION ) | |
| ) | Civil Action No. 1:05CV01316 (RMU) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| U.S. SECURITIES AND EXCHANGE ) | |
|   COMMISSION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION FOR LIMITED STAY OF CASE

In support of this *Joint Motion for Limited Stay of Case*, the Defendant, U.S. Securities and Exchange Commission ("SEC") and Plaintiff, Washington Legal Foundation, hereby respectfully move for a stay of 60 days in this Freedom of Information Act (FOIA) matter. The grounds for this motion are as follows:

1. The SEC's answer to plaintiff's complaint is currently due on August 1, 2005. However, The FOIA request that is the subject of the complaint in this action has been remanded by the Commission to the SEC FOIA Office for further review of plaintiff's request.

2. As this review by the SEC's FOIA Office, and any review by the SEC's Office of the General Counsel, may obviate the need for this litigation to proceed, the parties seek a stay of 60 days, until September 30, 2005 to facilitate a potential resolution of this case. Plaintiff and Defendant are both actively working to resolve this matter at the administrative level.

3. No prior stay or extension has been requested in this case. The parties will communicate the status of this matter to the Court on or before September 30, 2005.

    Respectfully submitted,

**/s/ Thomas J. Karr**_____
/s/ **Noelle Frangipane**___
Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263


**/s/ Paul D. Kamenar**_____
Paul D. Kamenar
Washington Legal Foundation
2009 Massachusetts Ave, NW
Washington, DC 20036
Tel: (202)588-0302
Fax: (202)588-0386

July 27, 2005