Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263
*Attorneys for Defendant U.S. SEC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION )<br>)<br>Plaintiff,                              )<br>)<br>vs.                                                )<br>)<br>)<br>U.S. SECURITIES AND EXCHANGE )<br>   COMMISSION                          )<br>)<br>Defendant.                    )<br>                                                      ) | Civil Action No. 1:05CV01316 (RMU) |

**JOINT MOTION FOR LIMITED STAY OF CASE**

In support of this *Joint Motion for Limited Stay of Case*, the Defendant, U.S. Securities and Exchange Commission ("SEC") and Plaintiff, Washington Legal Foundation, hereby respectfully move for an additional stay of 30 days in this Freedom of Information Act (FOIA) matter. The grounds for this motion are as follows:

1. This action was stayed pursuant to the Court's July 29, 2005 Order to allow the parties to resolve this matter at the administrative level.

2. Since that Order was signed, the parties have made significant progress towards

resolving the issues relating to the Plaintiff's FOIA request. The SEC's FOIA Office will provide a large portion of the requested documents to the Plaintiff in the coming week, and the parties anticipate being able to resolve any remaining issues within the next 30 days.

3. Therefore, as the need for litigation will most likely be obviated at the administrative level in the coming weeks, Plaintiff and Defendant request an additional stay of 30 days, until October 28, 2005 to facilitate the resolution of this case. .

4. The parties will communicate the status of this matter to the Court on or before October 28, 2005.

Respectfully submitted,

/s/ *Thomas J. Karr*_____
/s/ *Noelle Frangipane*___
Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263

/s/ *Paul D. Kamenar*_____
Paul D. Kamenar
Washington Legal Foundation
2009 Massachusetts Ave, NW
Washington, DC 20036
Tel: (202)588-0302
Fax: (202)588-0386

September 29, 2005