Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263
*Attorneys for Defendant U.S. SEC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION    ) | |
| ) | Civil Action No. 1:05CV01316 (RMU) |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | |
| ) | |
| ) | |
| U.S. SECURITIES AND EXCHANGE    ) | |
| COMMISSION    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**JOINT MOTION FOR LIMITED STAY OF CASE**

In support of this *Joint Motion for Limited Stay of Case*, the Defendant, U.S. Securities and Exchange Commission ("SEC") and Plaintiff, Washington Legal Foundation, hereby respectfully move for an additional stay of 30 days in this Freedom of Information Act (FOIA) matter. The grounds for this motion are as follows:

1. This action is stayed pursuant to the Court's September 29, 2005 Order to allow the parties to resolve this matter at the administrative level.

2. Since that Order was signed, the parties have made significant progress towards

resolving the issues relating to the plaintiff's FOIA request. The SEC's FOIA Office and other Commission staff have worked with the plaintiff in ascertaining the best way to provide plaintiff with the information he is seeking. The SEC FOIA Office has provided plaintiff with a database of consumer complaints. Plaintiff anticipates using this database to further narrow the focus of his request. The parties anticipate being able to resolve any remaining issues within the next 30 days.

3. Therefore, as the need for litigation will most likely be obviated at the administrative level in the coming weeks, Plaintiff and Defendant request an additional stay of 30 days, until November 30, 2005 to facilitate the resolution of this case.

4. The parties will communicate the status of this matter to the Court on or before November 30, 2005.

Respectfully submitted,

/s/ *Thomas J. Karr*
/s/ *Noelle Frangipane*
Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263


/s/ *Paul D. Kamenar*
Paul D. Kamenar
Washington Legal Foundation
2009 Massachusetts Ave, NW
Washington, DC 20036
Tel: (202)588-0302
Fax: (202)588-0386

October 27, 2005