Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263
*Attorneys for Defendant U.S. SEC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> U.S. SECURITIES AND EXCHANGE ) <br>   COMMISSION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05CV01316 (RMU) |

## JOINT MOTION FOR LIMITED STAY OF CASE

In support of this *Joint Motion for Limited Stay of Case*, the Defendant, U.S. Securities and Exchange Commission ("SEC") and Plaintiff, Washington Legal Foundation, hereby respectfully move for an additional stay of 60 days in this Freedom of Information Act (FOIA) matter. The grounds for this motion are as follows:

1. This action is stayed pursuant to the Court's October 28, 2005 Order to allow the parties to resolve this matter at the administrative level.

2. Since that Order was signed, the parties have made significant progress in resolving

the issues relating to the plaintiff's FOIA request.  As plaintiff's initial request would have resulted in over 80,000 responsive records, the Commission provided plaintiff with a database of consumer complaints specifically tailored to assist plaintiff in narrowing the scope of his request.  Plaintiff has just finished reviewing this database and has identified approximately a dozen investigations about which he seeks information.  The parties anticipate being able to resolve remaining issues within the next 60 days.

    3.  Therefore, as the need for litigation will most likely be obviated at the administrative level in the coming weeks, Plaintiff and Defendant request an additional stay of 60 days, until January 31, 2005 to facilitate the resolution of this case.

    4.  The parties will communicate the status of this matter to the Court on or before January 31, 2005.

                                  Respectfully submitted,

/s/ *Thomas J. Karr*
/s/ *Noelle Frangipane*
Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263

/s/ *Paul D. Kamenar*
Paul D. Kamenar
Washington Legal Foundation
2009 Massachusetts Ave, NW
Washington, DC 20036
Tel: (202)588-0302
Fax: (202)588-0386

November 30, 2005