UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION )<br> )<br>    Plaintiff,          )<br> )<br>vs.                                )<br> )<br> )<br>U.S. SECURITIES AND EXCHANGE )<br>   COMMISSION         )<br> )<br>    Defendant.        )<br> ) | Civil Action No. 1:05CV01316 (RMU) |

## [PROPOSED] ORDER STAYING THE CASE FOR 60 DAYS

This matter has come before the Court on a joint motion to stay this case for 60 days pending review of this matter at the administrative level. It is hereby

ORDERED AND ADJUDGED that this motion is GRANTED, and that this case is stayed until January 31, 2005.

_____
Hon. Ricardo M. Urbina
United States District Judge

Date:_____