# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION ) | |
| ) | Civil Action No. 1:05CV01316 (RMU) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| U.S. SECURITIES AND EXCHANGE ) | |
| COMMISSION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER STAYING THE CASE FOR 30 DAYS

This matter has come before the Court on a joint motion to stay this case for 30 days pending review of this matter at the administrative level. It is hereby

ORDERED AND ADJUDGED that this motion is GRANTED, and that this case is stayed until March 1, 2006.

_____
Hon. Ricardo M. Urbina
United States District Judge

Date:_____