Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263
*Attorneys for Defendant U.S. SEC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>U.S. SECURITIES AND EXCHANGE )<br>   COMMISSION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01316 (RMU) |

## JOINT MOTION FOR LIMITED STAY OF CASE

In support of this *Joint Motion for Limited Stay of Case*, the defendant United States Securities and Exchange Commission ("SEC") and plaintiff Washington Legal Foundation ("WLF") hereby respectfully move for an additional stay of 30 days in this Freedom of Information Act action. The grounds for this motion are as follows:

1. This action is stayed pursuant to the Court's January 31, 2006 Order to allow the parties to resolve this matter at the administrative level.

2. Since that Order was signed, the SEC has provided the bulk of the requested materials

to the WLF, and has sent the last package of materials to the WLF this week.  The WLF needs time to review these materials, and identify any follow-up issues to be resolved.  The parties anticipate being able to resolve these remaining issues within the next 30 days.

    3.  Therefore, as the need for litigation will most likely be obviated at the administrative level in the coming weeks, the parties request an additional stay of 30 days, until March 31, 2006 to facilitate the resolution of this case.

    4.  The parties will communicate the status of this matter to the Court on or before March 31, 2006.

Respectfully submitted,

**/s/ *Thomas J. Karr*_____**
**/s/ *Noelle Frangipane*___**
Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263

**/s/ *Paul D. Kamenar*_____**
Paul D. Kamenar
Washington Legal Foundation
2009 Massachusetts Ave, NW
Washington, DC 20036
Tel: (202)588-0302
Fax: (202)588-0386

March 1, 2006