**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WASHINGTON LEGAL FOUNDATION  )
)          Civil Action No. 1:05CV01316 (RMU)
        Plaintiff,                       )
)
vs.                                          )
)
)
U.S. SECURITIES AND EXCHANGE    )
    COMMISSION                         )
)
    _____Defendant._____)
_____)

**[PROPOSED] ORDER STAYING THE CASE FOR 30 DAYS**

This matter has come before the Court on a joint motion to stay this case for 30 days

pending review of this matter at the administrative level.  It is hereby

ORDERED AND ADJUDGED that this motion is GRANTED, and that this case is

stayed until March 31, 2006.


                                                    _____
                                                    Hon. Ricardo M. Urbina
                                                    United States District Judge



Date:_____