Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263
*Attorneys for Defendant U.S. SEC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION )<br>)<br>Plaintiff,               )<br>)<br>vs.                              )<br>)<br>)<br>U.S. SECURITIES AND EXCHANGE )<br>   COMMISSION                  )<br>)<br>Defendant.            )<br>) | Civil Action No. 1:05CV01316 (RMU) |

**JOINT MOTION FOR LIMITED STAY OF CASE**

In support of this *Joint Motion for Limited Stay of Case*, the defendant United States Securities and Exchange Commission ("SEC") and plaintiff Washington Legal Foundation ("WLF") hereby respectfully move for an additional stay of 30 days in this Freedom of Information Act action. The grounds for this motion are as follows:

1. This action is stayed pursuant to the Court's March 1, 2006 Order to allow the parties to resolve this matter at the administrative level.

2. Since that Order was signed, the SEC has provided what it believes to be the

remainder of the requested materials to the WLF. The WLF is in the final stages of reviewing these materials, and has agreed to identify any remaining issues to be resolved within the next 30 days.

    3. As the need for litigation should be obviated at the administrative level in the coming weeks, the parties request an additional stay of 30 days, until May 1, 2006 to facilitate the resolution of this case.

    4. The parties will communicate the status of this matter to the Court on or before May 1, 2006.

    Respectfully submitted,

**/s/ *Thomas J. Karr*_____**
**/s/ *Noelle Frangipane*___**
Thomas J. Karr
Noelle Frangipane
U.S. Securities and Exchange Commission
100 F St., NE
Washington, DC 20549-9612
Tel: (202) 551-5142
Fax: (202) 772-9263

**/s/ *Paul D. Kamenar*_____**
Paul D. Kamenar
Washington Legal Foundation
2009 Massachusetts Ave, NW
Washington, DC 20036
Tel: (202)588-0302
Fax: (202)588-0386

March 31, 2006