UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON LEGAL FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>U.S. SECURITIES AND EXCHANGE )<br>COMMISSION )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01316 (RMU) |

### NOTICE OF DISMISSAL

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(ii), the plaintiff Washington Legal Foundation and the defendant Securities and Exchange Commission hereby stipulate to the dismissal of this action.

Respectfully submitted,

_____
PAUL D. KAMENAR
Washington Legal Foundation
2009 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202)588-0302

_____
THOMAS J. KARR
U.S. Securities and Exchange Commission
100 F. St, N.E.
Washington, D.C. 20549
(202)551-5163

April 28, 2006